SAUL EWING LLP

John A. Basinger
Phone: (212) 980-7231
Fax: (973) 286-6800
John.Basinger@saul.com
www.saul.com

September 25, 2026

***Via ECF***
Hon. Elizabeth C. Coombe
U.S District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

**RE: Case No. 1:26-cv-01788-ECC-PJE; *American Superconductor Corp. et al. v. VarStec Power Solutions, Inc., et al.***

Dear Judge Coombe:

We represent Plaintiffs in the referenced matter. We write further to this Court's text Order, ECF No. 12. Plaintiffs continue to seek a Temporary Restraining Order against Defendant Glen Lackey, II.

We have informally served Mr. Lackey by email beginning mid-day Wednesday with Plaintiffs' application for TRO and Verified Complaint, as well as with the Orders of this Court as directed by this Court. We have asked that Mr. Lackey's counsel, or Mr. Lackey, if he is not represented, contact us. We have not received any communications from Mr. Lackey or his representatives.

Further, I am informed that Mr. Lackey was formally served by hand yesterday with the Summons, Verified Complaint, and application for TRO. We will file that affidavit of service when we have it.

Under these circumstances, Plaintiffs seek a TRO against Mr. Lackey. We will make ourselves available should the Court wish to have a conference, and further submit that this issue may be resolved on the papers otherwise. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s John A. Basinger*

John A. Basinger

JAB/gd

Cc: Counsel of record (via ECF)
Defendant Glen Lackey, II (via email)