SAUL EWING LLP

John A. Basinger
Phone: (212) 980-7231
Fax: (973) 286-6800
John.Basinger@saul.com
www.saul.com

September 28, 2026

***Via ECF***
Hon. Elizabeth C. Coombe
U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

**RE: Case No. 1:26-cv-01788-ECC-PJE; *American Superconductor Corp. et al. v. VarStec Power Solutions, Inc., et al.***

Dear Judge Coombe:

We represent Plaintiffs in the referenced matter. Per the Court's instructions, counsel for all parties met and conferred by videoconference today, and present this status report.

The parties agreed in principle that Defendant Lackey will cause the Seagate USB enabled drive, serial number 00000000NABA6L95 (the "USB Drive") to be handed over to a vendor in the Austin, Texas area for forensic imaging and storage. The parties will attempt in good faith to select the vendor, and the protocol for forensic imaging and storage of the USB Drive. If the parties are unable to reach agreement on the vendor and/or the protocol, these matters will be decided by the Court upon further application.

By Wednesday, September 30, 2026 Plaintiffs will provide a list of three potential forensic vendors to Defendants, and within two business days, Defendant Lackey will choose one and cause the USB Drive to be delivered to the chosen vendor. Defendant Lackey agrees not to access, use, or alter any files on the USB Drive pending turning over the USB Drive to the forensic vendor. Upon turnover of the USB Drive, the parties agree that the USB Drive shall remain in the custody of the forensic vendor until such time that the parties and the Court agree for it to be returned.

The parties further agreed in principle to the entry of a confidentiality agreement and protective order governing the exchange of information in this matter, and will likewise present an agreed

confidentiality and protective order or petition the Court if the parties are unable to reach agreement.

The parties were not otherwise able to agree on injunctive relief. Plaintiffs wish to proceed with their application for a Temporary Restraining Order and Preliminary Injunction. Plaintiffs request that the Court reconvene the temporary restraining order hearing for argument and ruling on Plaintiffs' application. Defendants maintain that Plaintiffs fail to establish any entitlement to any Temporary Restraining Order and that there is no threat of imminent harm particularly in light of the representations at the September 23, 2026 conference and matters contemplated herein.

By next Friday, October 9, 2026, the parties will submit an additional status report in an effort to agree upon scheduling, the joint protective order (discussed previously), and the expedited discovery to be taken in advance of a hearing on Preliminary Injunction.

Respectfully submitted,

*John A. Basinger*

John A. Basinger

JAB/gd

Cc: Counsel of record (via ECF)