UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN SUPERCONDUCTOR CORPORATION and NORTHEAST POWER SYSTEMS, INC.,<br>Plaintiffs,<br><br>-against-<br><br>VARSTEC POWER SOLUTIONS, INC., PAUL STECIUK, PETER STECIUK, and GLENN LACKEY II,<br><br>Defendants. | Case No. 1:26-cv-01788-ECC-PJE<br><br>**DEFENDANT VARSTEC POWER SOLUTIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant VarStec Power Solutions, Inc. ("VarStec"), by and through its undersigned counsel, hereby certifies (1) that VarStec is a privately held Delaware Corporation which does not have any parent corporation, and (2) that no publicly held corporation owns 10% or more of VarStec's stock.

Dated: September 30, 2026

HARRIS BEACH MURTHA CULLINA PLLC

By: */s/ Cynthia Cook Robertson*

Cynthia Cook Robertson
333 W. Washington Street, Suite 200
Syracuse, New York 13202
Telephone: (315) 214-2037
crobertson@harrisbeachmurtha.com

Elliot A. Hallak
677 Broadway, Suite 1101
Albany, New York 12207
Telephone: (518) 701-2748
ehallak@harrisbeachmurtha.com

*Attorneys for Defendants VarStec Power Solutions, Inc., Paul Steciuk, and Peter Steciuk*