SAUL EWING LLP

John A. Basinger
Phone: (212) 980-7231
Fax: (973) 286-6800
John.Basinger@saul.com
www.saul.com

October 9, 2026

***Via ECF***
Hon. Elizabeth C. Coombe
U.S District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

**RE: Case No. 1:26-cv-01788-ECC-PJE; *American Superconductor Corp. et al. v. VarStec Power Solutions, Inc., et al.***

Dear Judge Coombe:

We represent Plaintiffs in the referenced matter. We write further to this Court's text Order dated October 2, 2026 to provide this Joint Status Report, which has been approved by counsel for all parties.

The parties have agreed on a Joint Stipulation and Protective Order that we anticipate will be filed today concerning the designation and handling of documents and ESI in this matter.

The parties have agreed that the date for an answer or motion in response to the Complaint by all defendants shall be November 6, 2026, subject to the Court's approval.

As the parties had previously agreed, Defendant Lackey has delivered two storage drives to Array, a computer forensic vendor. The parties have agreed to a protocol by which Array will image the drives and supply copies of those images to each party's forensic expert for review and analysis.

Because the scope and nature of additional discovery appropriate at the preliminary injunction stage will be substantially informed by the results of the parties' experts' review of the images, and to allow sufficient time for (i) the creation of the images, (ii) the experts' review thereof, and (iii) the parties to confer with each other and their respective experts before reporting back to the Court, the parties jointly request that they submit a further joint status report to the Court not later

than October 30, 2026 concerning further proceedings, which would include a more informed and appropriate discovery schedule.

Counsel will continue to confer as appropriate in the interim, and will contact the Court if necessary or appropriate to continue to move matters along.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s John A. Basinger*

John A. Basinger

JAB/gd

Cc: Counsel of record (via ECF)