SAUL EWING LLP

John A. Basinger
Phone: (212) 980-7231
Fax: (973) 286-6800
John.Basinger@saul.com
www.saul.com

October 16, 2026

***Via ECF***
Hon. Elizabeth C. Coombe
U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

**RE: Case No. 1:26-cv-01788-ECC-PJE; *American Superconductor Corp. et al. v. VarStec Power Solutions, Inc., et al.***

Dear Judge Coombe:

We represent Plaintiffs in the referenced matter and write with the consent of all parties.

We are filing with this letter a Rule 502(d) "clawback" Stipulation and Proposed Order, and if it meets the Court's approval, request that the Court "So Order" and enter it.

We also respectfully request that the Court "So Order" the two stipulations filed last week, ECF Nos. 28 (Stipulation and Protective Order) and 29 (Forensic Protocol), if they meet the Court's approval, which will allow the parties to proceed as agreed with the creation of forensic images for examination by the parties' respective experts

If the Court has any concerns with or questions regarding any of these submissions, the parties will be happy to confer and respond promptly, or to appear for a brief status conference, as the Court deems appropriate.

We thank the Your Honor for your attention to this matter.

Respectfully submitted,

*/s John A. Basinger*

John A. Basinger

JAB/gd

Cc: Counsel of record (via ECF)