SAUL EWING LLP

John A. Basinger
Phone: (212) 980-7231
Fax: (973) 286-6800
John.Basinger@saul.com
www.saul.com

October 30, 2026

***Via ECF***
Hon. Elizabeth C. Coombe
U.S District Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

**RE: Case No. 1:26-cv-01788-ECC-PJE; *American Superconductor Corp. et al. v. VarStec Power Solutions, Inc., et al.***

Dear Judge Coombe:

We represent Plaintiffs in the referenced matter. We write further to our letter dated October 9, 2026 to provide this updated Joint Status Report, which has been approved by counsel for all parties.

As noted in our October 9 report, by that date Defendant Lackey had delivered two drives to a forensic vendor for forensic imaging. Defendant Lackey has since delivered two additional computers so the hard drives can be removed and imaged, and the parties are negotiating a protocol concerning exchange of data from the later-delivered hard drives.

Unfortunately, although the parties continue to work as expeditiously as possible, due to unforeseen delays with obtaining forensic images of the devices, the parties do not yet have images for analysis by their respective experts. We expect the images to be completed and delivered this coming week to the experts.

Accordingly, the parties request to update the Court further not later than November 23, 2026. Counsel for all parties continue to work together to advance this case efficiently.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s John A. Basinger*

John A. Basinger

JAB/gd

Cc: Counsel of record (via ECF)