HARRIS BEACH MURTHA
ATTORNEYS AT LAW

333 West Washington Street
Suite 200
Syracuse, New York 13202
315.423.7100

**Cynthia C. Robertson**
Direct: 315.214.2037
crobertson@harrisbeachmurtha.com

November 6, 2026

***Via ECF***

Hon. Elizabeth C. Coombe
U.S. District Court Judge
Federal Building and U.S. Courthouse
P.O. Box 7255
Syracuse, NY 13261-7255

RE: **Case No. 1:26-cv-01788-ECC-PJE; *American Superconductor Corp. et al. v. VarStec Power Solutions, Inc., et al.***

Dear Judge Coombe:

My firm represents Defendants VarStec Power Solutions, Inc., Paul Steciuk, and Peter Steciuk (the "VarStec Defendants"), and we write jointly with Daniel Rubin, counsel for Defendant Glenn Lackey II ("Lackey," and collectively with the VarStec Defendants, "Defendants") to inform the Court that the parties have agreed that the Defendants' Answers or other responses to the Verified Complaint will be filed on or before **December 4, 2026**.

Although the parties had initially agreed that the Defendants' Answers would be filed by November 6, 2026 (*see* October 9, 2026 joint status report, ECF No. 27), as the parties reported in their October 30, 2026 joint status report (ECF No. 45), there have been unforeseen delays in obtaining the forensic images of the devices that Lackey delivered to the forensic vendor that was jointly engaged by the parties to perform the imaging.

In light of the unanticipated delay in the delivery of the forensic images to the parties' experts, and to avoid any potential need for the Defendants to amend their pleadings, Defendants proposed revising the agreed-upon Answer deadline to December 4, 2026, to allow sufficient time for the parties' experts to review the images, for the parties to consider the experts' findings, and also because Mr. Rubin is scheduled to begin a two-week trial next week; counsel for the Plaintiffs have advised that Plaintiffs do not object to the revised filing deadline.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Cynthia C. Robertson